IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL SHECHTMAN, | No. 4:23-CV-01156 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| U.S. XPRESS INC., U.S. XPRESS LEASING, and QUAMI WALLEN, | |
| Defendants. | |

## ORDER

### JANUARY 22, 2026

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Partial Summary Judgment, Doc. 49, is **GRANTED** as to Plaintiff's punitive damages claims against Defendants Wallen and U.S. Xpress Inc. and Plaintiff's direct liability claim against U.S. Xpress Inc.

2. Plaintiff's claims against U.S. Xpress Leasing are dismissed without prejudice.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge